cc: ack/st

Lonnie E. Larson
2035 Holowai Pl. C-8
Wailuku, HI 96793
Phone: 808-281-4444
Email : lonnielarsonada@yahoo.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 22 2015

at 2 o'clock and 10 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LONNIE E. LARSON<br><br>Plaintiff,<br><br>v.<br><br><br>HAWAII PUBLIC HOUSING<br>AUTHORITY<br>1002 N. SCHOOL STREET<br>HONOLULU, HAWAII 96817<br><br>ATTORNEY FOR DEFENDANTS<br>ATTORNEY GENERAL OF HAWAII<br>425 QUEEN STREET<br>HONOLULU, HAWAII 96813<br>Defendants | C.V 15-00062 (ACK / BMK)<br><br>NOTICE TO DISMISSAL<br><br>WITH PREDUJICE<br><br>ORIGINAL |

NOTICE TO DISMISSAL WITHOUT PREDUJICE OF PLAINTIFF
AGAINST HAWAII PUBLIC HOUSING AUTHORITY

Plaintiff, Pro –se , Lonnie E. Larson , in the above mentioned case enters Notice to Dismissal with Prejudice against Defendants pursuant to Federal Rules of the Civil Procedure 41(a) (1) (A) (i) .

Defendants has not appeared in this lawsuit. Defendants did not file and / or serve answers to the Complaint or and did not file Motion to Dismiss or Motion for Summary Judgement in this action .

All parties will bear their own attorney's fees and costs .

Trial had not been scheduled yet in this action .

Dated : May, 20 2015 .

Respectfully submitted,

Lonnie E. Larson

Plaintiff, Pro –se

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2015 I served a copy to the foregoing Notice for Dismissal with Prejudice by sending a copy to the Defendants listed in the U.S. Mail, postage prepaid to the following :

Hawaii Public Housing Authority

1002 North School St.

Honolulu, Hawaii 96793

Attorneys for Defendants

Attorney General of Hawaii

425 Queen Street

Honolulu, Hawaii 96813

Respectively Submitted :

Lonnie E. Larson

Plaintiff, Pro –se